IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANDREW PERRONG, on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>PROSPER TRADING ACADEMY, LLC and SCOTT BAUER,<br><br>    Defendants. | No. 19-cv-3871<br><br>Honorable Sara L. Ellis |

### **DEFENDANT SCOTT BAUER'S MOTION TO DISMISS COMPLAINT**

Defendant, Scott Bauer ("Defendant"), by his attorneys and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, moves this Honorable Court pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss the Complaint filed by Plaintiff, Andrew Perrong ("Plaintiff") for failure to state a claim upon which relief may be granted.

In support of this Motion, Defendant states:

1. Plaintiff filed a three-count complaint against Defendant Prosper Trading Academy, LLC and Scott Bauer, alleging that *both* Defendants violated the Telephone Consumer Protection Act, 47 U.S.C. § 227. *See* Complaint at Dkt. No. 1.

2. However, Plaintiff's only allegation against Mr. Bauer is a conclusory, unsupported statement that "Mr. Bauer both personally participated in and authorized the automated telemarketing conduct." *Id.*, ¶35.

3. Under both the Supreme Court's instruction and the pleading standards of this district, Plaintiff cannot drag Mr. Bauer into this matter with just a conclusory, unsupported statement.

4. Pursuant to Rule 12(b)(6), the Complaint should be dismissed for failure to state a claim upon which relief may be granted.

5. In further support of this Motion, Defendant submits, and incorporates herein, a Memorandum, which is being filed contemporaneously with this Motion.

WHEREFORE Defendant, Scott Bauer, respectfully requests that this Court enter an order dismissing Plaintiff's Complaint and granting Defendant such other and further relief as this Court deems appropriate.

Dated: July 23, 2019					Respectfully submitted,

							SCOTT BAUER

							By:    /s/ Richard A. Saldinger
							        One of His Attorneys

							**LATIMER LEVAY FYOCK LLC**
							Richard A. Saldinger – ARDC #6209930
							Mark B. Goldstein – ARDC #6306038
							Email: rsaldinger@llflegal.com
							Email: mgoldstein@llflegal.com
							55 W. Monroe Street, Suite 1100
							Chicago, IL 60606
							(312) 422-8000
							(312) 422-8001

							**HAHN LOESER & PARKS LLP**
							Ian H. Fisher – ARDC #6224920
							Email: ifisher@hahnlaw.com
							125 S. Wacker Ave., Suite 2900
							Chicago, IL 60606
							(312) 637-3000
							*Attorneys for Defendant*

3

## CERTIFICATE OF SERVICE

I, Richard A. Saldinger, an attorney, hereby certify that on this 23rd day of July 2019, I electronically filed the foregoing **Defendant Scott Bauer's Motion to Dismiss Complaint** with the Clerk of the Court using the CM/ECF system, which will automatically send email notifications of such filing to all registered parties and counsel.

        Alan W. Nicgorski anicgorski@hansenreynolds.com
        Michael C. Lueder mlueder@hansenreynolds.com
        Anthony Paronich anthony@paronichlaw.com

                                            /s/ Richard A. Saldinger