# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Andrew Perrong

                  Plaintiff,

v.                                                Case No.: 1:19−cv−03871

                                                        Honorable Sara L. Ellis

Prosper Trading Academy, LLC, et al.

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 30, 2019:

      MINUTE entry before the Honorable Sara L. Ellis: Status hearing held. Plaintiff having filed an amended complaint, Defendant Bauer's motion to dismiss [17] is stricken as moot. Defendants to answer or otherwise plead to the amended complaint by 8/13/2019. Discovery schedule: MIDP are due by 9/13/2019; written discovery to issue by 9/27/2019; final supplementation of MIDP 1/31/2020; fact discovery closes on 2/28/2020. Status hearing set for 11/20/2019 at 9:30 a.m. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.