## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Andrew Perrong

                        Plaintiff,

v.                                                 Case No.: 1:19−cv−03871

                                                     Honorable Sara L. Ellis

Prosper Trading Academy, LLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 7, 2020:

      MINUTE entry before the Honorable Sara L. Ellis: Pursuant to STIPULATION OF DISMISSAL [39], the parties stipulate to a dismissal of the Plaintiff's individual claims in this action with prejudice, the class allegations without prejudice and with each side to bear his or its own costs. Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.